HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODERICK DEMMINGS,

          Plaintiff,

   v.

PACIFIC MARITIME ASSOCIATION, et al.,

          Defendants.

CASE NO. C11-1864 RAJ

ORDER

This matter comes before the court on *pro se* plaintiff Roderick Demmings's motion to amend his complaint. Dkt. # 67. The deadline for adding parties was June 8, 2012, and the deadline for amending pleadings was February 13, 2013. Dkt. # 28. Plaintiff filed his motion on March 26, 2013. Plaintiff's motion is thus untimely.

For all the foregoing reasons, the court DENIES plaintiff's motion as untimely.

Dated this 30th day of April, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1