HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODERICK DEMMINGS,<br><br>           Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION, ILWU LOCAL 19, JOHN DOES 1-100,<br><br>           Defendants. | CASE NO. C11-1864 RAJ<br><br>ORDER |

      This matter comes before the court on plaintiff's motion for clarification and leave to file a motion for reconsideration. Dkt. # 122. Plaintiff requests clarification concerning the factual evidence on which the court relied in granting summary judgment and permission to file a motion for reconsideration based on the clarification.

      The court provided the reasons for its decision and described the evidence it relied upon in its order granting defendants' motions for summary judgment and denying plaintiff's motions for summary judgment. Dkt. # 120. No clarification is needed. Additionally, motions for reconsideration are governed by Local Civil Rule ("LCR")

ORDER- 1

1  7(h).  Local Rules W.D. Wash. CR 7(h).  Any motion for reconsideration must be filed in
2  accordance with LCR 7(h).
3        Dated this 2d day of October, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER- 2